ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Teledyne Brown Engineering, Inc. | ) | ASBCA No. 59650 |
| | ) | |
| Under Contract No. DASG60-02-D-0011 | ) | |

APPEARANCE FOR THE APPELLANT:    Jerome S. Gabig, Esq.
   Wilmer & Lee, P.A.
   Huntsville, AL

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
   DCMA Chief Trial Attorney
  Kara M. Klaas, Esq.
   Trial Attorney
   Defense Contract Management Agency
   Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 20 November 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59650, Appeal of Teledyne Brown Engineering, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals